# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

FILED AUG 3 1 2017

| UNITED STATES OF AMERICA, Plaintiff, vs. ALDO MCGRATH (1), Defendant. | Case No. 16CR2385-CAB<br><br>JUDGMENT AND ORDER OF DISMISSAL OF INFORMATION, EXONERATE BOND AND RELEASE OF PASSPORT |
|---|---|

Upon motion of the UNITED STATES OF AMERICA and good cause appearing,

IT IS SO ORDERED that the information in the above-entitled case be dismissed with prejudice, the bond be exonerated, and passport released by Pretrial if held.

Dated: 8/30/2017

Hon. Karen S. Crawford
United States Magistrate Judge